## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. BK09-41505 |
| | ) | |
| ARTHUR HENRY HYSELL, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Adv. Proc. No. 09-04056 |
| | ) | |
| FARM CREDIT SERVICES OF | ) | WAIVER OF THE SERVICE |
| AMERICA, PCA | ) | OF SUMMONS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ARTHUR HENRY HYSELL, | ) | |
| | ) | |
| Defendant | | |

To:   Jim R. Titus

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from September 11, 2009, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  September 11, 2009

ARTHUR HENRY HYSELL

By: _____
David Hicks, #16853
Attorney for said Defendant
6910 Pacific Street, #216
Omaha, NE 68106
(402) 345-1717
dhickslaw@aol.com