IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR HENRY HYSELL | ) | |
| | ) | Case No. <u>BK09-41505</u> |
| Debtor. | ) | Chapter 7 |
| | ) | |
| FARM CREDIT SERVICES OF | ) | |
| AMERICA, PCA, | ) | |
| Plaintiff | ) | **Adv. No. A09-04056** |
| | ) | |
| v. | ) | |
| | ) | |
| ARTHUR HENRY HYSELL, | ) | **ANSWER OF DEFENDANT** |
| | ) | |
| Defendant, | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW the Defendant, Arthur Henry Hysell ("Mr. Hysell"), by and through his attorneys of record and for his Answer to the Complaint of the Plaintiff hereby states to this Court as follows:

1) Mr. Hysell generally denies each and every allegation of the Plaintiff except those hereinafter specifically admitted, if any, and also except those allegations constituting admissions against the interests of the Plaintiff.

2) Mr. Hysell admits the allegations contained in Paragraphs 1 through 5 of the Plaintiff's Complaint.

WHEREFORE, having fully Answered the Plaintiff's Complaint, Mr. Hysell prays that this Court dismiss the complaint with prejudice and that Plaintiff take nothing thereby; that all costs of this proceeding be taxed to the plaintiff; and for such other and further relief as may be just and equitable under the circumstances.

Dated: October 12th, 2009

                                      Arthur Henry Hysell,
                                      Debtor & Defendant,


                                  By:  */s/ David G. Hicks*
                                        DAVID G. HICKS,  #16853

        POLLAK & HICKS, P.C.
        216 Overland Wolf Centre
        6910 Pacific Street
        Omaha, NE  68106
        (402) 345-1717 – telephone
        (402) 444-1724 – fax
        DHicksLaw@aol.com
        Attorneys for Debtor

### **Certificate of Service**

The undersigned hereby certifies that the foregoing Answer to the Plaintiff's Adversary Complaint was served upon parties in interest by filing same electronically with the Clerk of the U.S. Bankruptcy Court for the District of Nebraska utilizing its CM/ECF system on the 12th day of October, 2009, and also by mailing a true and accurate copy of same to the Debtor/Defendant at his address of record on the same date by regular U.S. first class mail, postage prepaid.

        */s/ David G. Hicks*
        David G. Hicks